85 N. J. Eq.                    Baker v. Baker.

———

IDA KATHERINE BAKER, respondent,

*v.*

RAMON VAN ARNUM BAKER, appellant.

[Submitted December 6th, 1915.   Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Advisory Master Charles H. Hartshorne.

*Mr. Addison Ely*, for the respondent.

*Mr. James W. Miller*, for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed. in the court below by Advisory Master Hartshorne.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR—14.

*For reversal*—None.